# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ANDREW WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA M. SNYDER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01114-AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 1)<br><br>THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. 1915(g) |

　　　　Plaintiff Bernard Andrew White ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On August 13, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days.  Plaintiff filed an Objection to the Findings and Recommendations on August 22, 2008.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  While Plaintiff objects to the Magistrate Judge's finding that the Defendant Judges are entitled to immunity because Judges can be sued when they act without jurisdiction, nothing in the objections or complaint allege or show how Defendant Judges were without jurisdiction in his prior action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 13, 2008, is adopted in full;
2. This action is dismissed for plaintiff's failure to state a claim upon which relief may be granted; and
3. This action shall count as a strike pursuant to 28 U.S.C. 1915(g) because it is being dismissed for failure to state a claim.

IT IS SO ORDERED.

**Dated:   September 20, 2008**                   /s/ **Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE